UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

| | |
|---|---|
| Robert Carty, Individually and as Parent and Next Friend of E.C., <br><br> Plaintiff, <br><br> v. <br><br> United Parcel Service, Inc., <br><br> Defendant. | Case No. 1:19-cv-00354-JL |

**DEFENDANT'S DISCLOSURE STATEMENT**
**LOCAL RULE 7.1.1**

NOW COMES the Defendant, United Parcel Service, Inc., a Delaware corporation ("UPS"), by and through its attorneys, Devine, Millimet & Branch, Professional Association, and pursuant to Rule 7.1 of the Federal Rules of Civil Procedure and Local Rule 7.1.1, hereby submits this Disclosure Statement, stating as follows:

1. UPS, a nongovernmental organization, identifies the following parent corporation and any publicly held corporation that owns 10% or more of its stock: UPS is a publicly traded corporation that has no parent corporation.

2. UPS identifies the following publicly held corporations with which it has a merger agreement: None.

        Respectfully submitted,

        UNITED PARCEL SERVICE, INC.

        By its attorneys,

        DEVINE, MILLIMET & BRANCH,
        PROFESSIONAL ASSOCIATION

Dated:  April 4, 2019        By: */s/ Jonathan Eck*
        Jonathan M. Eck, Esq. (NHBA No. 17684)
        Tavish M. Brown, Esq. (NHBA No. 269521)
        111 Amherst Street
        Manchester, NH 03101
        (603) 669-1000
        jeck@devinemillimet.com
        tbrown@devinemillimet.com

## CERTIFICATE OF SERVICE

    I, Jonathan M. Eck, Esquire, hereby certify that the foregoing was sent via the Court's CM/ECF system to Gary M. Burt, Esquire and John D. Prendergast, Esquire.

Dated:  April 4, 2019        By: */s/ Jonathan Eck*
        Jonathan M. Eck, Esq.