THE STATE OF NEW HAMPSHIRE

STRAFFORD, SS.                                                                   SUPERIOR COURT

Robert Carty, individually, and as Parent and Next Friend of E▮▮▮ C▮▮

v.

United Parcel Service, Inc.

Case No. 219-2019-CV-00135

## NOTICE OF FILING OF REMOVAL

Defendant, United Parcel Service, Inc., hereby notifies the Clerk of Court that the Defendant, by and through its counsel, has filed in the United States District Court for the District of New Hampshire, a Notice of Removal in the above-captioned action. A copy of the Notice of Removal is attached hereto as Exhibit A. Pursuant to 28 U.S.C. § 1446(d), this Court "shall proceed no further unless and until the case is remanded."

Respectfully submitted,

UNITED PARCEL SERVICE, INC.

By its attorneys,

DEVINE, MILLIMET & BRANCH,
PROFESSIONAL ASSOCIATION

Dated: April 2, 2019                              By: */s/ Jonathan Eck*
                                                  Jonathan M. Eck, Esq. (NHBA No. 17684)
                                                  Tavish M. Brown, Esq. (NHBA No. 269521)
                                                  111 Amherst Street
                                                  Manchester, NH 03101
                                                  (603) 669-1000
                                                  jeck@devinemillimet.com
                                                  tbrown@devinemillimet.com

## **CERTIFICATE OF SERVICE**

      I, Jonathan M. Eck, Esq., hereby certify that the foregoing Notice of Filing of Removal was sent via email and first-class U.S. mail, postage prepaid, this day to the following:

      Gary M. Burt, Esq.
      John D. Prendergast, Esq.
      PRIMMER PIPER EGGLESTON & CRAMER, PC
      **Counsel for the Plaintiff**
      P.O. Box 3600
      Manchester, NH 03105
      (603) 626-3326
      gburt@primmer.com
      jprendergast@primmer.com

Dated: April 2, 2019        By: */s/ Jonathan Eck*
      Jonathan M. Eck, Esq. (NHBA No. 17684)
      DEVINE, MILLIMET & BRANCH, P.A.
      111 Amherst Street
      Manchester, NH 03101
      (603) 669-1000
      jeck@devinemillimet.com