**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW HAMPSHIRE**

| | |
|---|---|
| ROBERT CARTY, Individually and as Parent and Next Friend of Minor E.C., <br><br> v. <br><br> UNITED PARCEL SERVICE, INC. | Civil Case No.: 1:19-cv-00354-JL |

**JOINT STIPULATION REGARDING POLLY HALL**

NOW COME the Plaintiff, Robert Carty, Individually and as Parent and Next Friend of Minor E.C., and the Defendant, United Parcel Service, Inc. ("UPS"), (collectively, the "Parties"), by and through their respective attorneys, Primmer Piper Eggleston & Cramer, P.C. and Devine, Millimet & Branch, P.A., and submit the following Joint Stipulation Regarding Polly Hall and agreeing as follows:

1. Plaintiff, Robert Carty, is the father of Minor E.C. Mr. Carty is married to Polly Hall, who is E.C.'s mother.

2. Ms. Hall is represented relative to the above-captioned action by Gary M. Burt, Esquire and John D. Prendergast, Esquire, who are also counsel to Mr. Carty.

3. The Parties and Ms. Hall hereby stipulate and agree that Ms. Hall, Individually and as Parent and Next Friend of Minor E.C., is bound by any stipulation entered by the Parties in the above-captioned action and/or any order, judgment, dismissal, or any other outcome that issues or enters in the above-captioned action.

WHEREFORE, the Parties respectfully requests that this Honorable Court:

A. Approve the Parties' Joint Stipulation Regarding Polly Hall; and

B. Grant such other and further relief as this Court deems just and equitable.

Respectfully submitted,

Robert Carty, Individually and as Parent and Next Friend of Minor E.C.

By His Attorneys,

PRIMMER PIPER EGGLESTON & CRAMER PC

Dated: April 11, 2019     By:     /s/ Gary M. Burt
Gary M. Burt, Esq. (NH Bar #5510)
John D. Prendergast, Esq.
(NH Bar #266236)
900 Elm Street, 19th Floor
P.O. Box 3600
Manchester, NH 03105-3600
(603) 626-3326
gburt@primmer.com
jprendergast@primmer.com

Respectfully submitted,

United Parcel Service, Inc.

By Its Attorneys,

DEVINE, MILLIMET & BRANCH, P.A.

Dated: April 11, 2019     By:     /s/ Jonathan M. Eck
Jonathan M. Eck, Esq. (NH Bar #17684)
111 Amherst Street
Manchester, NH 03101
(603) 695-8742
jeck@devinemillimet.com

<u>CERTIFICATE OF SERVICE</u>

    I, Jonathan M. Eck, certify that on this date service of the foregoing document was made upon counsel of record via the Court's CM/ECF System.

Dated: April 11, 2019                          /s/ Jonathan M. Eck
                                                         Jonathan M. Eck, Esq. (NH Bar #17684)