THE STATE OF NEW HAMPSHIRE
SUPERIOR COURT
STRAFFORD COUNTY COUNTY

I, Kimberly T. Myers, Clerk of the Superior Court of the State of New Hampshire for

the County of Strafford, the same being a court of record having a seal, and having

custody of the records of the said Superior Court, do hereby certify that the attached are

true copies of the Complaint, Summons, and Notice of Removal to Federal District Court

in the action 219-2019-CV-00135 Robert Carty   v.   United Parcel Service, Inc. of said

Superior Court.

In witness whereof I have hereunto set my hand

and affixed the seal of said Superior Court at

Strafford County   this    3rd     day of  April   A.D. 2019



Kimberly T. Myers
Clerk of Superior Court

Filed
File Date: 3/14/2019 12:27 PM
Strafford Superior Court
E-Filed Document

## STATE OF NEW HAMPSHIRE

STRAFFORD, SS.                                                  SUPERIOR COURT

Docket No.:  219-2019-CV-00135

Robert Carty, individually, and as Parent and Next Friend of E███ C██

v.

United Parcel Service, Inc.

### **COMPLAINT**

**I.    JURY TRIAL REQUEST**

1.      Robert Carty, individually, and as parent and next friend of E███ C██,

requests a jury trial.

**II.    PARTIES**

2.      Robert Carty, now and at all relevant times has resided with his wife and children,

including his child E███ C██, at 10 Denbow Road, Durham, New

Hampshire.

3.      United Parcel Service, Inc. ("UPS") is a Delaware corporation that is registered to

conduct business and maintains a physical presence in New Hampshire, and has a

principal office address of 55 Glenlake Parkway, NE, Atlanta, Georgia, 30328.

**III.    JURISDICTION AND VENUE**

4.      The Court has jurisdiction over this matter pursuant to R.S.A. 491:7.

5.      Venue is proper in this Court pursuant to R.S.A. 507:9 as Robert Carty resides in

Durham.



True Copy Attest

Kimberly T. Myers, Clerk of Court

April 3, 2019

1

## IV.   FACTS

6.    E████ C██, born ██████████ 2008, is a minor who, at all relevant times, lived with her mother and father at 10 Denbow Road, Durham, New Hampshire.

7.    On May 11, 2016, UPS delivered to 10 Denbow Road a large and heavy piece of unassembled furniture that was shipped in a large box.

8.    When UPS delivered the long and heavy parcel to 10 Denbow Road it left the box leaning against the house near one of the residence's doorways in such a way that it could fall on a child and cause serious injuries.

9.    The parcel was labeled with UPS' own "Caution – Heavy Package" stickers, which should have alerted the driver the danger of leaving it leaning against a residence.

10.   After UPS made its delivery, E█████, then age 7, returned home with her mother and sister.

11.   The package fell on E██████ causing her head to strike the ground.

12.   E██████ was rendered unconscious and sustained a significant closed head injury.

## V.   COUNT I – NEGLIGENCE – ROBERT CARTY AS PARENT AND NEXT FRIEND OF E██████████ C████

13.    Robert Carty, as parent and next friend of E████ C██, incorporates by reference all above paragraphs.

14.   UPS had a duty to use reasonable care when delivering large and heavy packages to place them in such a way to avoid causing foreseeable harm to others.

15. UPS breached that duty by precariously leaning a large and heavy package against the 10 Denbow Road residence when it was foreseeable that it might fall on a child.

16. As a proximate result of UPS' breach, E█████ suffered physical and emotional injuries, and endured significant pain and suffering for which UPS is liable to Robert Carty as E█████'s parent and next friend.

17. Robert Carty, as parent and next friend of E█████ C███, demands judgment in his favor against UPS and requests an award of damages to be determined at trial, together with costs and interest.

## VI. COUNT II – NEGLIGENCE – ROBERT CARTY INDIVIDUALLY

18. Robert Carty, individually, incorporates by reference all above paragraphs.

19. UPS had a duty to use reasonable care when delivering large and heavy packages to place them in such a way to avoid causing foreseeable harm to others.

20. UPS breached that duty by precariously leaning a large and heavy package against the 10 Denbow Road residence when it was foreseeable that it might fall on a child.

21. As a proximate result of UPS' breach, E█████ suffered physical injuries, requiring medical treatment, the expenses for which UPS is liable to Robert Carty.

22. Robert Carty, individually, demands judgment in his favor against UPS and requests an award of damages to be determined at trial, together with costs and interest.

3

Respectfully submitted,

**ROBERT CARTY, INDIVIDUALLY
AND AS PARENT AND NEXT FRIEND
OF E██████ C█████**

by his attorneys,

**PRIMMER PIPER
EGGLESTON & CRAMER PC**

Dated:   March 14, 2019                by: _____

Gary M. Burt, #5510
John D. Prendergast, #266236
900 Elm Street, 19th Floor
P.O. Box 3600
Manchester, NH  03105-3600
603.626.3326
gburt@primmer.com
jprendergast@primmer.com

4

# THE STATE OF NEW HAMPSHIRE
## JUDICIAL BRANCH
### SUPERIOR COURT

Strafford Superior Court
259 County Farm Road, Suite 301
Dover NH  03820

Telephone: 1-855-212-1234
TTY/TDD Relay: (800) 735-2964
http://www.courts.state.nh.us

True Copy Attest

*Kimberly T. Myers*

Kimberly T. Myers, Clerk of Court

April 3, 2019

## SUMMONS IN A CIVIL ACTION

Case Name:    **Robert Carty v United Parcel Service, Inc.**
Case Number:  **219-2019-CV-00135**

Date Complaint Filed: March 14, 2019
A Complaint has been filed against United Parcel Service, Inc. in this Court. A copy of the Complaint is attached.

**The Court ORDERS that ON OR BEFORE:**

| | |
|---|---|
| May 03, 2019 | Robert Carty shall have this Summons and the attached Complaint served upon United Parcel Service, Inc. by in hand or by leaving a copy at his/her abode, or by such other service as is allowed by law. |
| May 24, 2019 | Robert Carty shall electronically file the return(s) of service with this Court. Failure to do so may result in this action being dismissed without further notice. |
| 30 days after Defendant is served | United Parcel Service, Inc. must electronically file an Appearance and Answer or other responsive pleading form with this Court.  A copy of the Appearance and Answer or other responsive pleading must be sent electronically to the party/parties listed below. |

**Notice to United Parcel Service, Inc.:** If you do not comply with these requirements you will be considered in default and the Court may issue orders that affect you without your input.

Send copies to:

| | |
|---|---|
| Gary Michael Burt, ESQ | Primmer Piper Eggleston & Cramer 900 Elm St 19th Fl PO Box 3600 Manchester NH  03105 |
| John Daniel Prendergast, ESQ | Primmer Piper Eggleston & Cramer 900 Elm St 19th Fl PO Box 3600 Manchester NH  03105 |
| United Parcel Service, Inc. | 55 Glenlake Parkway NE Atlanta GA  30328 |

BY ORDER OF THE COURT

March 19, 2019

Kimberly T. Myers
Clerk of Court

(126914)

# THE STATE OF NEW HAMPSHIRE
## JUDICIAL BRANCH
### SUPERIOR COURT

Strafford Superior Court
259 County Farm Road, Suite 301
Dover NH  03820

Telephone: 1-855-212-1234
TTY/TDD Relay: (800) 735-2964
http://www.courts.state.nh.us

## ROBERT CARTY
## INSTRUCTIONS FOR SERVICE
## BY THE SHERIFF'S DEPARTMENT

Case Name:      **Robert Carty v United Parcel Service, Inc.**
Case Number:   **219-2019-CV-00135**

<u>**Instructions for:**</u> **Robert Carty**

The attached Summons must be sent to the Sheriff's Department for service.  Service must be completed on or before **May 03, 2019**.
<u>**Further action is required by you**</u>
**You must:**
- **Print two copies of the Summons per defendant**
- **Print two copies of the Notice to Defendant per defendant**
- **Print two copies of the Complaint filed with the Court per defendant**
- **Make two packets for service.  Each packet should contain:**
  - **One Summons**
  - **Once Notice for Defendant**
  - **One Complaint filed with the Court**
- **Mail or hand deliver the packets to the Sheriff's Department in the county where each defendant resides.**

**Sheriff Departments in New Hampshire:**

Belknap County Sheriff's Department:              Hillsborough County Sheriff's Department:
Carroll County Sheriff's Department:               Merrimack County Sheriff's Department:
Cheshire County Sheriff's Department:            Rockingham County Sheriff's Department:
Coos County Sheriff's Department:                   Strafford County Sheriff's Department:
Grafton County Sheriff's Department:              Sullivan County Sheriff's Department:

**\*If one or more of the parties resides out of state, please click here for the requirements\***
Service must be made upon the defendant before **May 03, 2019**.

If the Sheriff is unable to complete service by **May 03, 2019** you will receive a "Notice of Incomplete Service" from the Sheriff's Department.  You may request that new paperwork be issued by electronically filing a Request for Documents.  There is a fee for this request.

The Sheriff will mail the 'Return of Service' to you.  You MUST electronically file the 'Return of Service' with the court by May 24, 2019.

**If service is not made as directed, no further action will occur and the case may be dismissed by the court.**

# Important Service Information for Sheriff

## Do not file this with the court
Provide this information to the Sheriff's Department.
See Instructions for Service for more information.
**PLEASE PRINT CLEARLY**

Date: _____        Case #: _____

## Who are you requesting to be served?
Please provide whatever information you know

Name: _____

Address for service (no P.O. boxes):

_____        APT #: _____

_____

Home phone #: _____        Cell phone #: _____

Sex: ☐ Male   ☐ Female        Race: _____

Last 4 digits of SS#: xxx-xx-  _____  _____  _____  _____        D.O.B. _____

Work name & address:

_____

Special instructions for service (i.e. directions, best time to serve, cautions, etc.):

_____

_____

Vehicle description/license plate:

_____

## Your Information:
Name (please print): _____

Residential address:                Mailing address:

_____        _____

_____        _____

Phone number to contact you during business hours:

_____  Alternate #: _____


_____
Signature


♦IN-HAND SERVICE WILL INCUR EXTRA COSTS DUE TO ADDITIONAL TRAVEL♦


**SHERIFF OFFICE USE ONLY: (This will vary by Sheriff's Office)**

Fees Paid: $_____  Cash #: _____  Check#: _____

Id#: _____  Waiver: _____  Money Order#: _____  Credit Card: _____

Sheriff File # _____  Authorization #: _____

NHJB-2678-Se (07/01/2018)

<u>Instructions for filing the Return of Service</u>:
If you are working with an attorney, they will guide you on the next steps.  If you are going to represent yourself in this action, go to the court's website: www.courts.state.nh.us, select the Electronic Services icon and then select the option for a self-represented party.

1. Select "I am filing into an existing case".  Enter 219-2019-CV-00135 and click Next.

2. When you find the case, click on the link follow the instructions on the screen.  On the "What would you like to file?" screen, select "File Other Document" and choose "Return of Service".

3.  Scan the Return of Service packet and follow the instructions in the electronic filing program to upload the Return of Service to complete your filing.

4. If the sheriff was unable to serve the paperwork, you can request new paperwork by filing a Request for Documents.  On the "What would you like to file?" screen, select "File Other Document" and choose "Request for Reissued Summons" from the menu and upload the Request for Documents form.


**FAILURE TO FILE THESE DOCUMENTS MAY RESULT IN YOUR CASE BEING DISMISSED.**


<u>March 19, 2019</u>                                    <u>Kimberly T. Myers                                    </u>
Date                                                          Clerk of Court


You can access documents electronically filed through our Case Access Portal by going to https://odypa.nhecourt.us/portal and following the instructions in the User Guide.  In that process you will register, validate your email, request access and approval to view your case.  After your information is validated by the court, you will be able to view case information and documents filed in your case.

# THE STATE OF NEW HAMPSHIRE
## JUDICIAL BRANCH
### SUPERIOR COURT

Strafford Superior Court
259 County Farm Road, Suite 301
Dover NH  03820

Telephone: 1-855-212-1234
TTY/TDD Relay: (800) 735-2964
http://www.courts.state.nh.us

## NOTICE TO DEFENDANT

Case Name:       **Robert Carty v United Parcel Service, Inc.**
Case Number:     **219-2019-CV-00135**

You have been served with a Complaint which serves as notice that this legal action has been filed against you in the **Strafford Superior Court.**  Review the Complaint to see the basis for the Plaintiff's claim.

Each Defendant is required to electronically file an Appearance and Answer 30 days after service. You may register and respond on any private or public computer.  For your convenience, there is also a computer available in the courthouse lobby.

If you are working with an attorney, they will guide you on the next steps.  If you are going to represent yourself in this action, go to the court's website: www.courts.state.nh.us, select the Electronic Services icon and then select the option for a self-represented party.

1. Complete the registration/log in process.  Click Register and follow the prompts.

2. After you register, click Start Now.  Select **Strafford Superior Court** as the location.

3. Select "I am filing into an existing case".  Enter **219-2019-CV-00135** and click Next.

4. When you find the case, click on the link and follow the instructions on the screen.  On the "What would you like to file?" screen, select "File a Response to Civil Complaint".  Follow the instructions to complete your filing.

5. Review your Response before submitting it to the court.

**IMPORTANT:** After receiving your response and other filings the court will send notifications and court orders electronically to the email address you provide.

A person who is filing or defending against a Civil Complaint will want to be familiar with the Rules of the Superior Court, which are available on the court's website: www.courts.state.nh.us.

Once you have registered and responded to the summons, you can access documents electronically filed by going to https://odypa.nhecourt.us/portal and following the instructions in the User Guide.  In that process you will register, validate your email, request access and approval to view your case. After your information is validated by the court, you will be able to view case information and documents filed in your case.

If you have questions regarding this process, please contact the court at 1-855-212-1234.

Filed
File Date: 4/2/2019 1:57 PM
Strafford Superior Court
E-Filed Document

THE STATE OF NEW HAMPSHIRE

STRAFFORD, SS.                                                    SUPERIOR COURT

Robert Carty, individually, and as Parent and Next Friend of E█████ C██

v.

United Parcel Service, Inc.



True Copy Attest

Kimberly T. Myers, Clerk of Court

April 3, 2019



Case No. 219-2019-CV-00135

**NOTICE OF FILING OF REMOVAL**

Defendant, United Parcel Service, Inc., hereby notifies the Clerk of Court that the

Defendant, by and through its counsel, has filed in the United States District Court for the

District of New Hampshire, a Notice of Removal in the above-captioned action.  A copy of the

Notice of Removal is attached hereto as Exhibit A.  Pursuant to 28 U.S.C. § 1446(d), this Court

"shall proceed no further unless and until the case is remanded."

Respectfully submitted,

UNITED PARCEL SERVICE, INC.

By its attorneys,

DEVINE, MILLIMET & BRANCH,
PROFESSIONAL ASSOCIATION

Dated: April 2, 2019                    By: */s/ Jonathan Eck*_____
                                        Jonathan M. Eck, Esq. (NHBA No. 17684)
                                        Tavish M. Brown, Esq. (NHBA No. 269521)
                                        111 Amherst Street
                                        Manchester, NH 03101
                                        (603) 669-1000
                                        jeck@devinemillimet.com
                                        tbrown@devinemillimet.com

## <u>CERTIFICATE OF SERVICE</u>

I, Jonathan M. Eck, Esq., hereby certify that the foregoing Notice of Filing of Removal was sent via email and first-class U.S. mail, postage prepaid, this day to the following:

Gary M. Burt, Esq.
John D. Prendergast, Esq.
PRIMMER PIPER EGGLESTON & CRAMER, PC
**Counsel for the Plaintiff**
P.O. Box 3600
Manchester, NH 03105
(603) 626-3326
gburt@primmer.com
jprendergast@primmer.com

Dated:  April 2, 2019                           By: */s/ Jonathan Eck*
                                                    Jonathan M. Eck, Esq. (NHBA No. 17684)
                                                    DEVINE, MILLIMET & BRANCH, P.A.
                                                    111 Amherst Street
                                                    Manchester, NH 03101
                                                    (603) 669-1000
                                                    jeck@devinemillimet.com

# Exhibit A

UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

Robert Carty, Individually and as Parent and
Next Friend of E.C.,

                              Plaintiff,

v.                                                    Case No. _____

United Parcel Service, Inc.,

                              Defendant.

## DEFENDANT'S NOTICE OF REMOVAL

Pursuant to 28 U.S.C. §§ 1331, 1332, 1441, and 1446, the Defendant, United Parcel

Service, Inc. ("UPS"), hereby gives notice of removal of this action from the Strafford County

Superior Court of the State of New Hampshire (the "Superior Court"), wherein it was pending

under Case No. 219-2019-CV-00135, to the United States District Court for the District of New

Hampshire.  In support of this removal, UPS states as follows:

### Introduction and Procedural Requirements

1.      This action concerns injuries allegedly sustained by Plaintiff Robert Carty's

("Plaintiff") minor child, E.C., on or about May 11, 2016, which Plaintiff alleges resulted from

UPS's purportedly negligent delivery of a package to Plaintiff's residence.  Plaintiff seeks to

recover medical expenses and damages for alleged pain and suffering.

2.      Plaintiff filed the Complaint in the Superior Court titled *Robert Carty,*

*individually, and as Parent and Next Friend of [E.C.]*, Case No. 219-2019-CV-00135, against

UPS on March 14, 2019.  Attached hereto as Exhibit A is the Complaint in the Superior Court

action.  Pursuant to Local Rule 81.1(d), UPS will file with the Court a certified copy of the Superior Court record within fourteen (14) days of the filing of this Notice of Removal.

3.    This Notice of Removal is timely pursuant to 28 U.S.C. § 1446(b) because it is filed within thirty (30) days of when Plaintiff agreed to accept service on March 15, 2019.

4.    UPS will give Plaintiff notice of this removal, as required by 28 U.S.C. § 1446(d), by serving Plaintiff, through his counsel of record, with this Notice of Removal and all documents filed in support hereof on the date of the filing of this Notice of Removal.

5.    Removal to this judicial district is proper under 28 U.S.C. § 1441(a) and 1446(a) because the Superior Court action was originally pending in Strafford County, New Hampshire, which is within this judicial district.

6.    UPS will promptly file a true and correct copy of this Notice of Removal and all documents filed in support hereof with the clerk of the Superior Court and serve them on Plaintiff, as required by 28 U.S.C. § 1446(d).

## **BASIS FOR REMOVAL**

7.    This Court has subject matter over this action pursuant to 28 U.S.C. §§ 1331 and 1332.

## **I.    Diversity Jurisdiction Exists.**

8.    Under 28 U.S.C. § 1332, this Court has original jurisdiction over any civil matter in which the parties are citizens of different states and the amount in controversy exceeds $75,000.00.

9.    As alleged in the Complaint, Plaintiff is a resident of New Hampshire, with a home address in Durham, New Hampshire.

10.    UPS is a Delaware corporation with a principal place of business in Atlanta, Georgia.

11.    Complete diversity exists between the parties as Plaintiff is a resident of New Hampshire and UPS is a resident of Delaware and Georgia.

12.    Plaintiff seeks to recover alleged damages from UPS arising from a claimed significant closed head injury suffered by the minor child E.C. which Plaintiff asserts resulted from UPS's alleged negligence.  *See* Complaint at ¶¶ 16, 17, 21, and 22. Pursuant to 28 U.S.C. § 1446(c)(2)(A), because the Complaint does not state the amount in controversy, UPS may do so in this Notice of Removal.  Removal is proper when, based upon an amount asserted in the notice of removal, "the district court finds, by a preponderance of the evidence, that the amount in controversy exceeds the amount in section 1332(a)."  28 U.S.C. § 1446(c)(2)(B).

13.    Without conceding the truth of the facts alleged in the Complaint or otherwise asserted by Plaintiff, Plaintiff previously provided UPS, through undersigned counsel, with medical bills claimed to have resulted from the alleged negligence.  *See* Exhibit B, Declaration of Attorney Eck in Support of Notice of Removal, at ¶¶ 3-4.  The medical bills Plaintiff seeks to recover damages for are in the combined total gross/face amount of $70,300.61.  *See id.* at ¶ 4.

14.    Given that Plaintiff is seeking damages for pain and suffering allegedly arising from a purportedly "significant closed head injury," as well as at least $70,300.61 in medical expenses, the total amount in controversy should be objectively viewed as in excess of $75,000. *See Oum v. Target Corp.*, No. 18-cv-341, 2018 U.S. Dist. LEXIS 98289, at *4 (D.N.H. June 12, 2018) (claims for pain and suffering, loss of consortium, and permanent injuries objectively viewed as in excess of $75,000 where the plaintiff's special damages were between $17,000 and $19,000); *Evans v. Yum Brands, Inc.*, 326 F. Supp. 2d 214, 221 (D.N.H. 2004) ("Objectively

viewed, Evans's claims for her own alleged Hepatitis A and the loss of consortium and emotional distress resulting from her family's allegedly coming down with the disease could be valued at $75,000 or more.").

15.     Because the parties are citizens of different states and because the amount in controversy exceeds $75,000, this action may be removed to this Court pursuant to 28 U.S.C. § 1332.

## II.     Federal Question Jurisdiction Exists.

16.     While Plaintiff's claims have been brought under state law, this case is also removable pursuant to 28 U.S.C. § 1331 because Plaintiff's state law claims are preempted by the Federal Aviation Administration Authorization Act of 1994 (the "FAAAA").

17.     The Supreme Court has recognized that the comprehensive scheme established by the FAAAA with respect to the route or service of any motor vehicle carrier engaged in the transportation of property is an area in which Congress intended to provide for complete preemption of state law claims.  *See Dan's City Used Cars, Inv. v. Pelkey*, 569 U.S. 251, 260 (2013) ("The FAAAA's preemption clause prohibits enforcement of state laws 'related to a price, route, or service of any motor vehicle carrier . . . with respect to the transportation of property.'").

18.     The applicable preemption clause of the FAAAA reads in relevant part as follows:

> [A] State, political subdivision of a State, or political authority of 2 or more States may not enact or enforce a law, regulation, or other provision having the force and effect of law related to a price, route, or service of any motor carrier (other than a carrier affiliated with a direct air carrier covered by section 41713(b)(4)) or any motor private carrier, broker, or freight forwarder with respect to the transportation of property.

49 U.S.C. § 14501(c)(1).

19.     In order to determine if a claim is completely preempted by the FAAAA, it must

be determined whether (1) the claim is predicated on a "law, regulation or other provision having

the full force and effect of law," and (2) whether the claim is sufficiently "related to" a motor

vehicle's prices, routes, or service to warrant preemption.  *See Tobin v. Federal Express Corp.*,

775 F.3d 448, 453 (1st Cir. 2014) (interpreting identical preemption provision of the federal

Airline Deregulation Act, 49 U.S.C. § 41713(b)(1) (the "ADA")[1]).

20.     UPS is a "motor carrier" for the purposes of the FAAAA.  *See* 49 U.S.C. § 13102

(defining a "motor carrier" as "a person providing motor vehicle transportation for

compensation.").  "Transportation" is defined, for the purposes of the FAAAA, in pertinent part,

as "services related to th[e] movement [of property], including arranging for, receipt, <u>delivery</u>,

elevation, transfer in transit, refrigeration, icing, ventilation, storage, handling, packing,

unpacking, and interchange of passengers and property."  49 U.S.C. § 13102(23)(B) (emphasis

added).

21.     Plaintiff's claims are founded upon the allegation that "UPS had a duty to use

reasonable care when <u>delivering</u> large and heavy packages to place them in such a way to avoid

causing foreseeable harm to others."  Complaint at ¶¶ 14 and 19 (emphasis added).

22.     For these reasons, the District Courts of the United States have original

jurisdiction over civil actions under the FAAAA pursuant to 28 U.S.C. § 1331 without respect to

the amount in controversy or the citizenship of the parties.  Therefore, this action may also be

removed to this Court pursuant to 28 U.S.C. § 1441(a).

---

[1] The Supreme Court has previously looked to the language of the ADA's preemption clause while interpreting the
FAAAA.  *See Dan's City Used Cars, Inc.*, 569 U.S. at 260 ("[O]ur reading of [49 U.S.C. § 14501(c)(1)] was
informed by decisions interpreting the parallel language in the ADA's preemption clause.").

## **Conclusion**

23.     For the foregoing reasons, this case is within the jurisdiction of the United States

District Court for the District of New Hampshire and it is removable to the United States District

Court for the District of New Hampshire.

24.     UPS expressly reserves the right to amend and/or supplement this Notice of

Removal.

25.     If any questions arise with regard to the propriety of the removal of this action,

UPS requests the opportunity to present a brief, oral argument, and/or conduct jurisdictional

discovery in support of its position that this case is removable.

<div style="margin-left: 50%;">

Respectfully submitted,

UNITED PARCEL SERVICE, INC.

By its attorneys,

DEVINE, MILLIMET & BRANCH,
PROFESSIONAL ASSOCIATION

</div>

Dated:  April 2, 2019                           By: */s/ Jonathan Eck*
                                                Jonathan M. Eck, Esq. (NHBA No. 17684)
                                                Tavish M. Brown, Esq. (NHBA No. 269521)
                                                111 Amherst Street
                                                Manchester, NH 03101
                                                (603) 669-1000
                                                jeck@devinemillimet.com
                                                tbrown@devinemillimet.com

<div style="text-align: center;">

* * * * * * * *

</div>

## CERTIFICATE OF SERVICE

I, Jonathan M. Eck, Esq., hereby certify that the foregoing Notice of Removal was sent via email and first-class U.S. mail, postage prepaid, this day to the following:

Gary M. Burt, Esq.
John D. Prendergast, Esq.
PRIMMER PIPER EGGLESTON & CRAMER, PC
**Counsel for the Plaintiff**
P.O. Box 3600
Manchester, NH 03105
(603) 626-3326
gburt@primmer.com
jprendergast@primmer.com


Dated:  April 2, 2019                    By: */s/ Jonathan Eck* _____
                                              Jonathan M. Eck, Esq. (NHBA No. 17684)
                                              DEVINE, MILLIMET & BRANCH, P.A.
                                              111 Amherst Street
                                              Manchester, NH 03101
                                              (603) 669-1000
                                              jeck@devinemillimet.com

- 7 -

# THE STATE OF NEW HAMPSHIRE
## JUDICIAL BRANCH
SUPERIOR COURT

Strafford Superior Court
259 County Farm Road, Suite 301
Dover NH 03820

Telephone: 1-855-212-1234
TTY/TDD Relay: (800) 735-2964
http://www.courts.state.nh.us

## SUMMONS IN A CIVIL ACTION

Case Name:     **Robert Carty v United Parcel Service, Inc.**
Case Number:   **219-2019-CV-00135**

Date Complaint Filed: March 14, 2019
A Complaint has been filed against United Parcel Service, Inc. in this Court. A copy of the Complaint is attached.

**The Court ORDERS that ON OR BEFORE:**

| | |
|---|---|
| May 03, 2019 | Robert Carty shall have this Summons and the attached Complaint served upon United Parcel Service, Inc. by in hand or by leaving a copy at his/her abode, or by such other service as is allowed by law. |
| May 24, 2019 | Robert Carty shall electronically file the return(s) of service with this Court. Failure to do so may result in this action being dismissed without further notice. |
| 30 days after Defendant is served | United Parcel Service, Inc. must electronically file an Appearance and Answer or other responsive pleading form with this Court. A copy of the Appearance and Answer or other responsive pleading must be sent electronically to the party/parties listed below. |

**Notice to United Parcel Service, Inc.:** If you do not comply with these requirements you will be considered in default and the Court may issue orders that affect you without your input.

Send copies to:

| | |
|---|---|
| Gary Michael Burt, ESQ | Primmer Piper Eggleston & Cramer 900 Elm St 19th Fl PO Box 3600 Manchester NH 03105 |
| John Daniel Prendergast, ESQ | Primmer Piper Eggleston & Cramer 900 Elm St 19th Fl PO Box 3600 Manchester NH 03105 |
| United Parcel Service, Inc. | 55 Glenlake Parkway NE Atlanta GA 30328 |

BY ORDER OF THE COURT

March 19, 2019

Kimberly T. Myers
Clerk of Court

(126914)

# THE STATE OF NEW HAMPSHIRE
## JUDICIAL BRANCH
### SUPERIOR COURT

Strafford Superior Court
259 County Farm Road, Suite 301
Dover NH 03820

Telephone: 1-855-212-1234
TTY/TDD Relay: (800) 735-2964
http://www.courts.state.nh.us

## NOTICE TO DEFENDANT

Case Name:      **Robert Carty v United Parcel Service, Inc.**
Case Number:    **219-2019-CV-00135**

You have been served with a Complaint which serves as notice that this legal action has been filed against you in the **Strafford Superior Court.** Review the Complaint to see the basis for the Plaintiff's claim.

Each Defendant is required to electronically file an Appearance and Answer 30 days after service. You may register and respond on any private or public computer. For your convenience, there is also a computer available in the courthouse lobby.

If you are working with an attorney, they will guide you on the next steps. If you are going to represent yourself in this action, go to the court's website: www.courts.state.nh.us, select the Electronic Services icon and then select the option for a self-represented party.

1. Complete the registration/log in process. Click Register and follow the prompts.

2. After you register, click Start Now. Select **Strafford Superior Court** as the location.

3. Select "I am filing into an existing case". Enter **219-2019-CV-00135** and click Next.

4. When you find the case, click on the link and follow the instructions on the screen. On the "What would you like to file?" screen, select "File a Response to Civil Complaint". Follow the instructions to complete your filing.

5. Review your Response before submitting it to the court.

**IMPORTANT:** After receiving your response and other filings the court will send notifications and court orders electronically to the email address you provide.

A person who is filing or defending against a Civil Complaint will want to be familiar with the Rules of the Superior Court, which are available on the court's website: www.courts.state.nh.us.

Once you have registered and responded to the summons, you can access documents electronically filed by going to https://odypa.nhecourt.us/portal and following the instructions in the User Guide. In that process you will register, validate your email, request access and approval to view your case. After your information is validated by the court, you will be able to view case information and documents filed in your case.

If you have questions regarding this process, please contact the court at 1-855-212-1234.

**Filed**
**File Date: 3/14/2019 12:27 PM**
**Strafford Superior Court**
**E-Filed Document**

STATE OF NEW HAMPSHIRE

STRAFFORD, SS.                                                        SUPERIOR COURT

Docket No.:  219-2019-CV-00135

Robert Carty, individually, and as Parent and Next Friend of E███ C██

v.

United Parcel Service, Inc.

### COMPLAINT

**I.     JURY TRIAL REQUEST**

1.      Robert Carty, individually, and as parent and next friend of E███ C██,

requests a jury trial.

**II.    PARTIES**

2.      Robert Carty, now and at all relevant times has resided with his wife and children,

including his child E███ C██, at 10 Denbow Road, Durham, New

Hampshire.

3.      United Parcel Service, Inc. ("UPS") is a Delaware corporation that is registered to

conduct business and maintains a physical presence in New Hampshire, and has a

principal office address of 55 Glenlake Parkway, NE, Atlanta, Georgia, 30328.

**III.   JURISDICTION AND VENUE**

4.      The Court has jurisdiction over this matter pursuant to R.S.A. 491:7.

5.      Venue is proper in this Court pursuant to R.S.A. 507:9 as Robert Carty resides in

Durham.

1

**IV.**   **FACTS**

6.       E███ C██, born ██████████ 2008, is a minor who, at all relevant times, lived with her mother and father at 10 Denbow Road, Durham, New Hampshire.

7.       On May 11, 2016, UPS delivered to 10 Denbow Road a large and heavy piece of unassembled furniture that was shipped in a large box.

8.       When UPS delivered the long and heavy parcel to 10 Denbow Road it left the box leaning against the house near one of the residence's doorways in such a way that it could fall on a child and cause serious injuries.

9.       The parcel was labeled with UPS' own "Caution – Heavy Package" stickers, which should have alerted the driver the danger of leaving it leaning against a residence.

10.      After UPS made its delivery, E█████, then age 7, returned home with her mother and sister.

11.      The package fell on E██████ causing her head to strike the ground.

12.      E██████ was rendered unconscious and sustained a significant closed head injury.

**V.**    **COUNT I – NEGLIGENCE – ROBERT CARTY AS PARENT AND NEXT FRIEND OF E███████ C███**

13.       Robert Carty, as parent and next friend of E█████ C███, incorporates by reference all above paragraphs.

14.      UPS had a duty to use reasonable care when delivering large and heavy packages to place them in such a way to avoid causing foreseeable harm to others.

15. UPS breached that duty by precariously leaning a large and heavy package against the 10 Denbow Road residence when it was foreseeable that it might fall on a child.

16. As a proximate result of UPS' breach, E███████ suffered physical and emotional injuries, and endured significant pain and suffering for which UPS is liable to Robert Carty as E██████'s parent and next friend.

17. Robert Carty, as parent and next friend of E██████ C███, demands judgment in his favor against UPS and requests an award of damages to be determined at trial, together with costs and interest.

## VI.  COUNT II – NEGLIGENCE – ROBERT CARTY INDIVIDUALLY

18. Robert Carty, individually, incorporates by reference all above paragraphs.

19. UPS had a duty to use reasonable care when delivering large and heavy packages to place them in such a way to avoid causing foreseeable harm to others.

20. UPS breached that duty by precariously leaning a large and heavy package against the 10 Denbow Road residence when it was foreseeable that it might fall on a child.

21. As a proximate result of UPS' breach, E███████ suffered physical injuries, requiring medical treatment, the expenses for which UPS is liable to Robert Carty.

22. Robert Carty, individually, demands judgment in his favor against UPS and requests an award of damages to be determined at trial, together with costs and interest.

3

Respectfully submitted,

**ROBERT CARTY, INDIVIDUALLY
AND AS PARENT AND NEXT FRIEND
OF E█████████ C██████**

by his attorneys,

**PRIMMER PIPER
EGGLESTON & CRAMER PC**

Dated:    March 14, 2019            by:    _____
                                          Gary M. Burt, #5510
                                          John D. Prendergast, #266236
                                          900 Elm Street, 19th Floor
                                          P.O. Box 3600
                                          Manchester, NH  03105-3600
                                          603.626.3326
                                          gburt@primmer.com
                                          jprendergast@primmer.com

UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

Robert Carty, Individually and as Parent and
Next Friend of E.C.,

                         Plaintiff,

v.                                    Case No. _____

United Parcel Service, Inc.,

                         Defendant.

## <u>DECLARATION IN SUPPORT OF<br>DEFENDANT'S NOTICE OF REMOVAL</u>

     I, Jonathan M. Eck, Esq., hereby declare as follows:

     1.     I am an attorney with the law firm of Devine, Millimet & Branch, Professional

Association, counsel for the Defendant, United Parcel Service, Inc. (the "Defendant"), in the

above-captioned litigation.

     2.     I submit this Declaration in support of Defendant's Notice of Removal.

     3.     Prior to the filing of the action in the Strafford County Superior Court of the State

of New Hampshire on March 14, 2019, titled *Robert Carty, individually, and as Parent and Next*

*Friend of [E.C.]*, Case No. 219-2019-CV-00135, counsel for Plaintiff Robert Carty (the

"Plaintiff") provided me with copies of medical bills Plaintiff claims arose from a closed head

injury allegedly suffered by Plaintiff's minor child, E.C., which Plaintiff asserts resulted from

UPS's alleged negligence.

     4.     Plaintiff has produced medical bills in the combined total gross/face amount of

$70,300.61.  In referencing this gross/face amount, UPS is not waiving its argument, which it

expressly reserves, that Plaintiff may not recover damages based on the gross/face amount of the medical bills.

5. Taking into account both the medical bills and the fact that Plaintiff seeks to recover alleged damages for pain and suffering, the amount in controversy in this case exceeds $75,000.00.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 2nd day of April 2019, at Manchester, New Hampshire.

*/s/ Jonathan Eck*
Jonathan M. Eck, Esq. (NHBA No. 17684)
DEVINE, MILLIMET & BRANCH, P.A.
111 Amherst Street
Manchester, NH 03101
(603) 669-1000
jeck@devinemillimet.com

THE STATE OF NEW HAMPSHIRE

STRAFFORD, SS.                                                      SUPERIOR COURT

Robert Carty, individually, and as Parent and Next Friend of E███████ C████

v.

United Parcel Service, Inc.

Case No. 219-2019-CV-00135

**<u>NOTICE OF FILING OF REMOVAL</u>**

Defendant, United Parcel Service, Inc., hereby notifies the Clerk of Court that the

Defendant, by and through its counsel, has filed in the United States District Court for the

District of New Hampshire, a Notice of Removal in the above-captioned action.  A copy of the

Notice of Removal is attached hereto as Exhibit A.  Pursuant to 28 U.S.C. § 1446(d), this Court

"shall proceed no further unless and until the case is remanded."

<div style="margin-left:50%">

Respectfully submitted,

UNITED PARCEL SERVICE, INC.

By its attorneys,

DEVINE, MILLIMET & BRANCH,
PROFESSIONAL ASSOCIATION

</div>

Dated: April 2, 2019                    By: */s/ Jonathan Eck*_____
<div style="margin-left:50%">

Jonathan M. Eck, Esq. (NHBA No. 17684)
Tavish M. Brown, Esq. (NHBA No. 269521)
111 Amherst Street
Manchester, NH 03101
(603) 669-1000
jeck@devinemillimet.com
tbrown@devinemillimet.com

</div>

**CERTIFICATE OF SERVICE**

I, Jonathan M. Eck, Esq., hereby certify that the foregoing Notice of Filing of Removal was sent via email and first-class U.S. mail, postage prepaid, this day to the following:

Gary M. Burt, Esq.
John D. Prendergast, Esq.
PRIMMER PIPER EGGLESTON & CRAMER, PC
**Counsel for the Plaintiff**
P.O. Box 3600
Manchester, NH 03105
(603) 626-3326
gburt@primmer.com
jprendergast@primmer.com

Dated: April 2, 2019                    By: */s/ Jonathan Eck*_____
                                            Jonathan M. Eck, Esq. (NHBA No. 17684)
                                            DEVINE, MILLIMET & BRANCH, P.A.
                                            111 Amherst Street
                                            Manchester, NH 03101
                                            (603) 669-1000
                                            jeck@devinemillimet.com

JS 44 (Rev. 02/19)

Case 1:19-cv-00354-JL Document 6-1 Filed 04/02/19 Page 31 of 31
Case 1:19-cv-00354-JL Document 6 Filed 04/02/19 Page 31 of 31

# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. *(SEE INSTRUCTIONS ON NEXT PAGE OF THIS FORM.)*

## I. (a) PLAINTIFFS

Robert Carty, Individually and as Parent and Next Friend of E.C.

**DEFENDANTS**

United Postal Service, Inc.

**(b)** County of Residence of First Listed Plaintiff    Rockingham

*(EXCEPT IN U.S. PLAINTIFF CASES)*

County of Residence of First Listed Defendant    Fulton County, GA

*(IN U.S. PLAINTIFF CASES ONLY)*

NOTE:   IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED.

**(c)** Attorneys *(Firm Name, Address, and Telephone Number)*

Primmer Piper Eggleston & Cramer PC
900 Elm Street, 19th Floor, Manchester, NH 03105
(603) 626-3326

Attorneys *(If Known)*

Jonathan M. Eck, Esq. (NHBA No. 17684)
Devine, Millimet & Branch, P.A.
111 Amherst Street, Manchester, NH 03101
(603) 669-1000

## II. BASIS OF JURISDICTION *(Place an "X" in One Box Only)*

☐ 1  U.S. Government
    Plaintiff

☐ 2  U.S. Government
    Defendant

☐ 3  Federal Question
    *(U.S. Government Not a Party)*

☒ 4  Diversity
    *(Indicate Citizenship of Parties in Item III)*

## III. CITIZENSHIP OF PRINCIPAL PARTIES *(Place an "X" in One Box for Plaintiff and One Box for Defendant)*
*(For Diversity Cases Only)*

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☒ 1 | ☐ 1 | Incorporated *or* Principal Place of Business In This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☒ 2 | Incorporated *and* Principal Place of Business In Another State | ☐ 5 | ☒ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV. NATURE OF SUIT *(Place an "X" in One Box Only)*

Click here for: Nature of Suit Code Descriptions.

| CONTRACT | TORTS | | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|---|
| ☐ 110 Insurance | **PERSONAL INJURY** | **PERSONAL INJURY** | ☐ 625 Drug Related Seizure of Property 21 USC 881 | ☐ 422 Appeal 28 USC 158 | ☐ 375 False Claims Act |
| ☐ 120 Marine | ☐ 310 Airplane | ☐ 365 Personal Injury - Product Liability | ☐ 690 Other | ☐ 423 Withdrawal 28 USC 157 | ☐ 376 Qui Tam (31 USC 3729(a)) |
| ☐ 130 Miller Act | ☐ 315 Airplane Product Liability | ☐ 367 Health Care/ Pharmaceutical Personal Injury Product Liability | | | ☐ 400 State Reapportionment |
| ☐ 140 Negotiable Instrument | ☐ 320 Assault, Libel & Slander | | | **PROPERTY RIGHTS** | ☐ 410 Antitrust |
| ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 330 Federal Employers' Liability | | | ☐ 820 Copyrights | ☐ 430 Banks and Banking |
| ☐ 151 Medicare Act | ☐ 340 Marine | ☐ 368 Asbestos Personal Injury Product Liability | | ☐ 830 Patent | ☐ 450 Commerce |
| ☐ 152 Recovery of Defaulted Student Loans (Excludes Veterans) | ☐ 345 Marine Product Liability | **PERSONAL PROPERTY** | | ☐ 835 Patent - Abbreviated New Drug Application | ☐ 460 Deportation |
| | | ☐ 370 Other Fraud | **LABOR** | ☐ 840 Trademark | ☐ 470 Racketeer Influenced and Corrupt Organizations |
| ☐ 153 Recovery of Overpayment of Veteran's Benefits | ☐ 350 Motor Vehicle | ☐ 371 Truth in Lending | ☐ 710 Fair Labor Standards Act | **SOCIAL SECURITY** | ☐ 480 Consumer Credit |
| ☐ 160 Stockholders' Suits | ☐ 355 Motor Vehicle Product Liability | ☐ 380 Other Personal Property Damage | ☐ 720 Labor/Management Relations | ☐ 861 HIA (1395ff) | ☐ 485 Telephone Consumer Protection Act |
| ☐ 190 Other Contract | ☒ 360 Other Personal Injury | ☐ 385 Property Damage Product Liability | ☐ 740 Railway Labor Act | ☐ 862 Black Lung (923) | ☐ 490 Cable/Sat TV |
| ☐ 195 Contract Product Liability | ☐ 362 Personal Injury - Medical Malpractice | | ☐ 751 Family and Medical Leave Act | ☐ 863 DIWC/DIWW (405(g)) | ☐ 850 Securities/Commodities/ Exchange |
| ☐ 196 Franchise | | | | ☐ 864 SSID Title XVI | ☐ 890 Other Statutory Actions |
| | | | ☐ 790 Other Labor Litigation | ☐ 865 RSI (405(g)) | ☐ 891 Agricultural Acts |
| **REAL PROPERTY** | **CIVIL RIGHTS** | **PRISONER PETITIONS** | ☐ 791 Employee Retirement Income Security Act | **FEDERAL TAX SUITS** | ☐ 893 Environmental Matters |
| ☐ 210 Land Condemnation | ☐ 440 Other Civil Rights | **Habeas Corpus:** | | ☐ 870 Taxes (U.S. Plaintiff or Defendant) | ☐ 895 Freedom of Information Act |
| ☐ 220 Foreclosure | ☐ 441 Voting | ☐ 463 Alien Detainee | | ☐ 871 IRS—Third Party 26 USC 7609 | ☐ 896 Arbitration |
| ☐ 230 Rent Lease & Ejectment | ☐ 442 Employment | ☐ 510 Motions to Vacate Sentence | | | ☐ 899 Administrative Procedure Act/Review or Appeal of Agency Decision |
| ☐ 240 Torts to Land | ☐ 443 Housing/ Accommodations | ☐ 530 General | | | |
| ☐ 245 Tort Product Liability | ☐ 445 Amer. w/Disabilities - Employment | ☐ 535 Death Penalty | **IMMIGRATION** | | ☐ 950 Constitutionality of State Statutes |
| ☐ 290 All Other Real Property | ☐ 446 Amer. w/Disabilities - Other | **Other:** | ☐ 462 Naturalization Application | | |
| | ☐ 448 Education | ☐ 540 Mandamus & Other | ☐ 465 Other Immigration Actions | | |
| | | ☐ 550 Civil Rights | | | |
| | | ☐ 555 Prison Condition | | | |
| | | ☐ 560 Civil Detainee - Conditions of Confinement | | | |

## V. ORIGIN *(Place an "X" in One Box Only)*

☐ 1 Original Proceeding    ☒ 2 Removed from State Court    ☐ 3 Remanded from Appellate Court    ☐ 4 Reinstated or Reopened    ☐ 5 Transferred from Another District *(specify)*    ☐ 6 Multidistrict Litigation - Transfer    ☐ 8 Multidistrict Litigation - Direct File

## VI. CAUSE OF ACTION

Cite the U.S. Civil Statute under which you are filing *(Do not cite jurisdictional statutes unless diversity)*:
28 U.S.C. § 1441 and 49 U.S.C. § 14501(c)(1) (See Notice of Removal)

Brief description of cause:
Plaintiff claims that Defendant's purportedly negligent delivery of a package injured his minor child.

## VII. REQUESTED IN COMPLAINT:

☐ CHECK IF THIS IS A CLASS ACTION UNDER RULE 23, F.R.Cv.P.

DEMAND $

CHECK YES only if demanded in complaint:

JURY DEMAND:   ☒ Yes   ☐ No

## VIII. RELATED CASE(S) IF ANY

*(See instructions):*

JUDGE   n/a

DOCKET NUMBER

DATE
04/02/2019

SIGNATURE OF ATTORNEY OF RECORD
/s/ Jonathan M. Eck, Esq.

**FOR OFFICE USE ONLY**

RECEIPT #          AMOUNT          APPLYING IFP          JUDGE          MAG. JUDGE

Print     Save As...     Reset