# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW HAMPSHIRE

| | |
|---|---|
| ROBERT CARTY, Individually and as Parent and Next Friend of Minor E.C.,<br><br>   v.<br><br>UNITED PARCEL SERVICE, INC. | Civil Case No.: 1:19-cv-00354-JL |

## NOTICE OF CHANGE OF FIRM AND ADDRESS OF COUNSEL

Effective immediately, please note the change of firm and address for Jonathan M. Eck, Esquire, counsel for the defendant, United Parcel Service, Inc.:

Jonathan M. Eck, Esquire
Orr and Reno, Professional Association
45 South Main Street, P.O. Box 3550
Concord, NH  03302-3550
Telephone:  (603) 223-9100
Email:  jeck@orr-reno.com

Respectfully submitted,

**United Parcel Service, Inc.**

By its attorneys,

ORR AND RENO, PROFESSIONAL ASSOCIATION

Dated:  July 2, 2019        By:         */s/ Jonathan M. Eck*
Jonathan M. Eck, Esquire (Bar # 17684)
Orr and Reno, Professional Association
45 South Main Street, P.O. Box 3550
Concord, NH  03302-3550
(603) 223-9100
jeck@orr-reno.com

**Certificate of Service**

    I, Jonathan M. Eck, certify that on this date service of the foregoing document was made upon counsel of record via the Court's CM/ECF System.

Dated:  July 2, 2019            */s/ Jonathan M. Eck*
                                           Jonathan M. Eck, Esq. (NH Bar #17684)