UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

ROBERT CARTY, Individually and as Parent and Next Friend of Minor E.C.,

v.

UNITED PARCEL SERVICE, INC.

Civil Case No.: 1:19-cv-00354-JL

**STIPULATION OF DISMISSAL WITH PREJUDICE**

NOW COME, Robert Carty, Individually and as Parent and Next Friend of Minor E.C. and United Parcel Service, Inc., by and through their attorneys and hereby jointly stipulate and agree to the dismissal with prejudice of all claims, counterclaims, and defenses currently pending in the above-captioned action. Each party shall bear its own costs and attorneys' fees.

Respectfully submitted,

**ROBERT CARTY, INDIVIDUALLY AND AS PARENT AND NEXT FRIEND OF ELIZABETH CARTY**

by his attorneys,

**PRIMMER PIPER EGGLESTON & CRAMER PC**

Dated: December 2, 2019      by:   /s/ Gary M. Burt
Gary M. Burt, #5510
John D. Prendergast, #266236
900 Elm Street, 19th Floor
P.O. Box 3600
Manchester, NH  03105-3600
603.626.3326
gburt@primmer.com
jprendergast@primmer.com

*4112253.1*

2

                                        Respectfully submitted,

                                        **UNITED PARCEL SERVICE, INC.**

                                        by its attorneys,

                                        **ORR & RENO P.A.**

Dated: December 2, 2019            By: /s/ Jonathan M. Eck
                                                                Jonathan M. Eck, #17684
                                                               45 South Main Street
                                                               P.O. Box 3550
                                                               Concord, NH 03302-3550
                                                               (603) 223-9100
                                                               jeck@orr-reno.com

*4112253.1*